NEW JERSEY SPORTS AND EXPOSITION AUTHORITY v. EAST RUTHERFORD INDUSTRIAL PARK, INC.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL O'DONNELL.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM H. DAVIS.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE RODRIGUEZ.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FLETCHER D. BAKER, JR.

September 28, 1982.

Petition for certification denied.